# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 694 |
| | : | |
| REAPPOINTMENT TO THE DOMESTIC | : | CIVIL PROCEDURAL RULES DOCKET |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2019, Jennifer P. Bierly, Esquire, is hereby reappointed as a member of the Domestic Relations Procedural Rules Committee, for a term of three years, commencing June 1, 2019.